UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :    **ORDER**
        - v. -                   :
                                 :    24 CR 617 (UA)
TYRONE HANLEY,                   :
    a/k/a "Smokey,"              :
                                 :
                                 :
        Defendant.               :
                                 :
- - - - - - - - - - - - - - - - X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Danielle R. Sassoon, by Assistant United States Attorney Thomas John Wright;

IT IS FOUND that the indictment in the above-captioned case is currently sealed and that the United States Attorney's Office has applied to have that indictment unsealed, it is therefore

ORDERED that the indictment in the above-captioned case be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         January 23, 2025

_____
THE HONORABLE SARAH L. CAVE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK