

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

March 7, 2025

**By ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Conference is adjourned to April 24, 2025 at 12:00 p.m. Time is excluded under the Speedy Trial Act until April 24, 2025.
SO ORDERED.
3.7.25 /s/ Alvin K. Hellerstein

Re:   *United States v. Tyrone Hanley*, 24 CR 617 (AKH)

Dear Judge Hellerstein,

The Government writes on behalf of the parties to request respectfully an adjournment of the conference scheduled for Monday, March 10, 2025 to April 24, 2025 at 12:00 PM, a date and time that the Government understands is convenient for the Court.  The parties have begun productive discussions concerning a pretrial disposition and believe that the requested adjournment will allow the parties to confirm whether such a pretrial disposition is possible, particularly with the benefit of additional time for the defendant to access and review discovery with counsel.  With the defendants' consent, the Government requests respectfully that the Court also exclude time under the Speedy Trial Act from March 10, 2025 through the date of any adjournment pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the interests of the public and the defendant in a speedy trial are outweighed here by the interest of the defendant in having additional time to review discovery and consider that discovery vis-à-vis any potential pretrial motions and any potential pretrial disposition.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

By: *Thomas John Wright*
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Yusuf El Ashmawy (Counsel to Defendant Tyrone Hanley) (by ECF)