

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

May 9, 2025

**By ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

The status conference is adjourned to May 14, 2025 at 11:30 a.m. Time is excluded under the Speedy Trial Act until May 14, 2025.
SO ORDERED.
5.12.25 /s/ Alvin K. Hellerstein

Re:   *United States v. Tyrone Hanley*, 24 CR 617 (AKH)

Dear Judge Hellerstein,

The Government writes on behalf of the parties to request respectfully an adjournment of the conference scheduled for Monday, May 12, 2025 at 12:30 PM, to a date and time of convenience for the Court on the morning of Wednesday, May 14, 2025, when counsel for the defendant is next available, or whenever thereafter is convenient for the Court. Unfortunately, earlier today, when the Government rescheduled the production of the defendant from 9:30 AM to 12:30 PM on Monday, May 12, 2025, the Government inadvertently changed the date of the production, an error which the Government regrets. With the defendants' consent, the Government requests respectfully that the Court exclude time under the Speedy Trial Act from May 12, 2025 through the date of any adjournment pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the interests of the public and the defendant in a speedy trial are outweighed here by the interest of the defendant in having the opportunity to further discuss with counsel the possible pretrial disposition to which the parties previously alerted the Court and to appear before the Court and confirm for the Court how the defendant wishes now to proceed.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: *Thomas John Wright*
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Yusuf El Ashmawy (Counsel to Defendant Tyrone Hanley) (by ECF)