UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :     **SCHEDULING ORDER**
    -against-                                             :
                                                               :     24 Cr. 617 (AKH)
TYRONE HANLEY,                                                 :
                                                               :
                                                     Defendant. :
                                                               :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The conference scheduled for May 14, 2025 is adjourned to May 29, 2025 at 10:30 a.m. Notice having been given to the Court of a potential pretrial resolution, time is excluded, in the interest of justice, until May 29, 2025. 18 U.S.C. § 3161.

        SO ORDERED.

Dated:    May 13, 2025
               New York, New York

/s/ Alvin K. Hellerstein
_____
ALVIN K. HELLERSTEIN
United States District Judge