

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

June 5, 2025

**By ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

SO ORDERED.
6.5.25 /s/ Alvin K. Hellerstein

Re:   *United States v. Tyrone Hanley*, 24 CR 617 (AKH)

Dear Judge Hellerstein,

     The Government writes on behalf of the parties to request respectfully that the appearance that was scheduled for yesterday, June 4, 2025, but did not proceed in the absence of the defendant who refused to be produced from the Metropolitan Detention Center be rescheduled to June 11, 2025 at 11:00 AM, a date and time that the parties understand is convenient for the Court.  With the defendants' consent, the Government also requests respectfully that the Court exclude time under the Speedy Trial Act from June 5, 2025 through the date of any adjournment pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the interests of the public and the defendant in a speedy trial are outweighed here by the interest of the defendant and the public in having the opportunity to achieve a pretrial disposition, as was previously contemplated between the parties, or set a schedule for pretrial motions and in turn trial, as appropriate.

                      Respectfully submitted,

                      JAY CLAYTON
                      United States Attorney

               By: *Thomas John Wright*
                      Thomas John Wright
                      Assistant United States Attorney
                      (212) 637-2295

cc: Yusuf El Ashmawy (Counsel to Defendant Tyrone Hanley) (by ECF)